UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON ASH,<br><br>        Petitioner,<br><br>-against-<br><br>EDWARD BURNETT, Superintendent, Fishkill Correctional Facility,<br><br>        Respondent. | 23-CV-3930 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  By letter dated December 27, 2023, Petitioner Damon Ash requested an extension of time to file his reply papers. Petitioner's request is GRANTED. Any reply papers should be filed no later than **February 19, 2024**.

  SO ORDERED.

Dated: January 2, 2024
    New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge