**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
DAMON ASH,

                                 Petitioner,

           -against-                                      23 **CIVIL** 3930 (AS)

                                                       **<u>JUDGMENT</u>**

EDWARD BURNETT,

                                Respondent.

------------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 28, 2024, Ash's petition for a writ of habeas

corpus be denied. As Ash has not made a substantial showing of the denial of a constitutional

right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2). The Court certifies

that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal from the Order would not be taken in good

faith; accordingly, the case is closed.

**Dated:**  New York, New York

       July 1, 2024

                                         **DANIEL ORTIZ**
                                    _____
                                    **Acting Clerk of Court**

            **BY:**                       K. Mango
                                    _____
                                        **Deputy Clerk**